UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| EYE KEYLA M. CARRUTHERS WASHINGTON, A/K/A ANTWAN M. CARRUTHERS<br><br>Plaintiff,<br><br>v.<br><br>WCC/WCF/CUSTODY STAFF & OFFENDERS,<br><br>Defendant. | CAUSE NO. 3:23-CV-696-DRL-MGG |

## ORDER

Eye Keyla M. Carruthers Washington, a/k/a Antwan M. Carruthers a prisoner without a lawyer, mailed three pages to the United States District Court for the Eastern District of Washington. ECF 1. That court construed the filing as a complaint and transferred it to this court. ECF 2. This case must be dismissed because Ms. Washington is restricted from filing in this court. *See, e.g., Carruthers v. Elkhart County Jail*, 3:23-cv-416 (N.D. Ind. filed May 17, 2023) and *Carruthers v. Westville Correctional Facility*, 3:23-cv-407 (N.D. Ind. filed May 15, 2023). Nevertheless, she must pay the filing fee as required by 28 U.S.C. § 1915(b).

For these reasons, the court:

(1) DISMISSES this case WITHOUT PREJUDICE;

(2) ORDERS the plaintiff, **Eye Keyla M. Carruthers Washington a/k/a Antwan M. Carruthers, IDOC # 968154**, to pay (and the facility having custody of her to

automatically remit) to the clerk of this court 20 percent of the money she receives for each calendar month during which she receives $10.00 or more, until the **$402.00** filing fee is paid in full;

(3) DIRECTS the clerk of court to create a ledger for receipt of these funds; and

(4) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED.

July 31, 2023                                         *s/ Damon R. Leichty*
                                                     Judge, United States District Court