AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANTWAN M CARRUTHERS
*Facebook Multimedia Journalist & Speaker Gender Dysphoria/Transgender Person: Mrs. Eye Keyla My'Twana Carruthers Washington also known as*
Eye Keyla M Carruthers Washington *also known as* Antwan M Carruthers Washington
    Plaintiff

v.   Civil Action No. 3:23-cv-696

WCC/WCF/CUSTODY STAFF & OFFENDERS
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other: ____This case is DISMISSED WITHOUT PREJUDICE.____

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by ____Judge Damon R. Leichty____

DATE:  8/2/2023         CHANDA J. BERTA, CLERK OF COURT

                        by   /s/ S. Kowalsky
                        *Signature of Clerk or Deputy Clerk*